**Order entered June 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00173-CR
No. 05-13-00174-CR
No. 05-13-00175-CR

**MICHAEL DAVID ORY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82844-2011, 219-82846-2011, 219-82847-2011**

## ORDER

These appeals are companion cases to the appeal in cause no. 05-13-00172-CR. The clerk's and reporter's records have been filed. Appellant has filed a brief for cause no. 05-13-00172-CR, but has not filed a brief that applies to the above three cases.

Accordingly, the Court **ORDERS** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeals, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708

(Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

The appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     LANA MYERS
          JUSTICE